IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON FRAZIER, | : | |
| | : | Electronically Filed |
| Plaintiff, | : | |
| | : | |
| v. | : | Docket No. 4:21-CV-00350-MWB |
| | : | |
| PENNSYLVANIA STATE UNIVERSITY, | : | (Chief Judge Brann) |
| | : | |
| Defendants. | : | |

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on December 13, 2022, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

   __X__  All individual parties and their counsel.

   __X__  Designated corporate representatives.

   _____  Required claims professionals.

   _____  Other (Describe). _____

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____
_____
_____

(c) The outcome of the mediation conference was:

\_\_\_\_ **The case has been completely settled**.

\_\_\_\_ **The case has been partially resolved.** Counsel have been instructed to file with the court, a joint stipulation regarding those claims which have been resolved within ten (10) days of this report. The following issues remain for this court to resolve:

_____
_____

**X** **The parties have reached an impasse.**

**Done this 20th day of December, 2022.**

Signature of Mediator  *[signature]*

Name of Mediator         J. David Smith, McCormick Law Firm
                         Phone (570)326-5131